**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN P. FIFER,

    Plaintiff,

  v.

ROHM AND HAAS COMPANY and DOES 1-X,

    Defendants.
                                            /

No. C 09-00128 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on August 7, 2009 on Plaintiff's motion for leave to amend. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than May 6, 2009 and a reply brief shall be filed by no later than May 13, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 22, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE