1  Jennifer L. Field (State Bar No. 205190)
   Shoshana Isaac (State Bar No. 246072)
2  **BAKER & McKENZIE LLP**
   660 Hansen Way
3  Palo Alto, CA  94304-1044
   Telephone: +1 650 856 2400
4  Facsimile:  +1 650 856 9299
   email:       jenni.l.field@bakernet.com
5                shoshana.isaac@bakernet.com

6  Attorneys for Defendant
   ROHM AND HAAS COMPANY
7

8                     UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 10  JOHN P. FIFER, | Case No.  CV 09 0128 JSW |
| 11           Plaintiff, | **STIPULATION TO DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| 12      v. | |
| 13  ROHM AND HAAS COMPANY and DOES I - X, | |
| 14           Defendant. | |

16                              **STIPULATION**

17     The parties, having amicably resolved this matter, stipulate to the dismissal with prejudice of
18  the above-captioned action, with each side to bear its own fees and costs.

19  Dated: June  18 , 2009                 BAKER & McKENZIE LLP

                                           By: _____
                                              Jennifer L. Field
                                              Shoshana Isaac
                                              Attorneys for Defendant
                                              ROHM AND HAAS COMPANY

    Dated: June  15 , 2009                 DICKSON ROSS LLP

                                           By: _____
                                              Kathryn Dickson Ross
                                              Attorneys for Plaintiff
                                              JOHN P. FIFER

                                    1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

PALDMS/393411.1

Fifer v. Rohm and Haas Company
Case No. CV 09 0128 JSW
STIPULATION FOR DISMISSAL

## ORDER

Upon consideration of the parties Stipulation of Dismissal, it is hereby ORDERED that this lawsuit is dismissed with prejudice as to all parties, with each side to bear its own fees and costs.

Dated: June 30, 2009

_____
JEFFREY S. WHITE
United States District Court